AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS**

USA

V.

ADRIEN JOCKEEL EVANS

## EXHIBIT AND WITNESS LIST

Case Number: 2:24-CR-094-Z-BR-(1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kacsmaryk | AnnaMarie Bell | Ben Doyle |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/11/2025 | C. Orr | V. Shrewsbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 12/11/2025 |  |  | Terry Shea Lichtie -- APD |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages